IT IS SO ORDERED.

Dated: December 8, 2014
 01:38:34 PM

Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| JOHN O. DASCOLI | ) | CASE NO. 10-42529 |
| CARRIE J. DASCOLI | ) | |
| | ) | KAY WOODS |
| | ) | U.S. Bankruptcy Judge |
| | ) | |
| Debtors | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **PAYMENTS INTO PLAN AND INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |
| | ) | **AS A RESULT OF TAX REFUND** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtors' attorney to increase payments into the plan and increase the dividend to be paid to unsecured creditors, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and undersigned counsel for debtors; and,

IT APPEARING TO THE COURT that the debtors' confirmed plan now in effect provides for a dividend to general unsecured creditors of 10%; and,

IT FURTHER APPEARING that the debtors have received their 2013 tax refund and $1,632.00 is the non-exempt portion subject to turnover to the Trustee; and,

IT FURTHER APPEARING that the debtors have spent, or otherwise disposed of, the amount of the non-

exempt portion of the refund and have agreed to pay over to the Trustee the equivalent value of the debtors' non-exempt portion of the tax refund; and,

IT FURTHER APPEARING that debtors propose to make payments of $1,282.00 commencing in September of 2014 for twelve (12) consecutive months in order to cure the tax refund delinquency, and thereafter resume regular monthly payments of $1,150.00 for the remaining term of the plan, with each monthly payment due by the fifteenth day of each month; and,

IT FURTHER APPEARING that as a result of the debtors paying over to the Trustee the additional amount equal to the value of the tax refund, a dividend of not less than 13% can now be paid to general unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtors' estate in that the dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that debtors shall make payments of $1,282.00 commencing in September of 2014 for twelve (12) consecutive months in order to cure the tax refund delinquency, and thereafter resume regular monthly payments of $1,150.00 for the remaining term of the plan, with each monthly payment due by the fifteenth day of each month.

IT IS FURTHER ORDERED that unsecured creditors shall be paid a dividend of not less than 13% of their allowed claims in the within Chapter 13 case.

###

SUBMITTED & APPROVED BY:

/S/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE

/S/ CHESTER HORLICK, ESQUIRE
CHESTER HORLICK, ESQUIRE
Attorney for Debtor(s)

CH13:sjm Dascoli .Ord 12/4/14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| JOHN O. DASCOLI | ) | CASE NO. 10-42529 |
| CARRIE J. DASCOLI | ) | |
| | ) | |
| | ) | KAY WOODS |
| Debtors | ) | U.S. Bankruptcy Judge |

## INSTRUCTIONS TO CLERK

Please serve the following with a copy of the within Order Providing for Increased Payments into Plan and Increased Dividend to Be Paid to Unsecured Creditors as a Result of a Tax Refund:

JOHN O. DASCOLI
CARRIE J. DASCOLI
3855 Cumberland
Youngstown, OH 44515
(Debtors)

CHESTER HORLICK, ESQUIRE
5815 Market Street
Youngstown, OH 44512
(Attorney for Debtor)

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Ave.
Youngstown, OH 44505
(Standing Chapter 13 Trustee)